IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMANDIA WILLIAMS,

    Plaintiff,

v.                                                         Civ. No. 22-640 KK

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 1) ("Application"), filed August 26, 2022. The Court, having reviewed the Application and being otherwise fully advised, FINDS the Application is well taken and it is hereby GRANTED. Plaintiff may proceed without prepayment of costs or other fees or the need to provide security therefor.

    IT IS SO ORDERED.

                                                                        _____
                                                                        KIRTAN KHALSA
                                                                        UNITED STATES MAGISTRATE JUDGE