IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMANDIA WILLIAMS,

    Plaintiff,

vs.                                                                                           Civ. No. 22-640 KK

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, the Court enters judgment under Federal Rule of Civil Procedure 58, **DENYING** Plaintiff's Motion to Reverse the Administrative Law Judge (ALJ) Unfavorable Decision Dated July 29, 2021, or Alternatively, to Remand the Case Back to the Administrative Law Judge (ALJ) (Doc. 19) and **AFFIRMING** the decision of the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent